1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    MATTHEW C. FRANCIS,                          1:08-cv-01043-DLB (HC)

10                     Petitioner,               ORDER TO SHOW CAUSE WHY THE
                                                 PETITION SHOULD NOT BE GRANTED
11          v.

12
     MICHAEL MUKASEY,
13
                     Respondents.
14   _____/

15

16          Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE")

17   and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The

18   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

     Local Rule 72-302.
19
            In the petition filed, Petitioner alleges that his detention pursuant to 8 U.S.C. § 1231(a)(2)
20
     is indefinite and violates his substantive and procedural due process rights under the Due Process
21
     Clause of the Fifth Amendment of the United States Constitution.  Petitioner also asserts that his
22
     detention is in violation of Respondent's statutory authority.
23
            Because Petitioner may be entitled to relief if the claimed violations are proved,
24
     Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4,
25
     Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254
26
     Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of Petitioner's Alien File
27
     and any and all other documentation relevant to the determination of the issues raised in the
28

1  petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is

2  released from BICE custody during the pendency of this Petition, the parties SHALL notify the

3  Court by filing a Motion to Dismiss the Petition or other proper pleading.  Should the parties fail

4  to notify the Court that Petitioner has been released, the parties may be subject to sanctions

5  pursuant to the inherent power of the Court to issue sanctions in appropriate cases.  See Local

6  Rule 11-110.

7          Accordingly, IT IS HEREBY ORDERED:

8      1.      Respondent is ORDERED TO SHOW CAUSE why the Petition should not be

9              granted.  The Return to the Order to Show Cause is due within FORTY-FIVE (45)

10             days of the date of service of this order.  Petitioner may file a Traverse to the

11             Return within TEN (10) days of the date the Return to the Order to Show Cause is

12             filed with the Court.[1]

13         The Court has determined that this matter is suitable for decision without oral argument

14  pursuant to Local Rule 78-230(h).  As such, the matter will be taken under submission following

15  the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other

16  briefing in this action is suspended.

17

18         IT IS SO ORDERED.

19      Dated:   __August 3, 2008__              _____/s/ **Dennis L. Beck**_____

20                                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27  _____

28      [1] Respondent is advised that a scanned copy of the petition for writ of habeas corpus is available through
    the Court's Electronic Case Filing System ("CM/ECF").