# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. FRANCIS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MUKASEY,<br><br>    Respondents. | 1:08-cv-01043-DLB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE ORDER TO SHOW CAUSE<br><br>[Doc. 10] |

    Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On September 22, 2008, Respondent filed a motion for an extension of time to within which to file a response to the order to show cause issued August 4, 2008. (Court Doc. 10.)

    GOOD CAUSE having been demonstrated, Respondent's motion is GRANTED, and Respondent is granted an additional fourteen (14) days in which to comply with the order to show cause.

    IT IS SO ORDERED.

    Dated:   **September 26, 2008**          **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE