1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW C. FRANCIS, | ) | 1:08-cv-01043-AWI-JMD-HC |
| Petitioner, | ) ) | ORDER REQUIRING RESPONDENT TO APPRISE THE COURT OF PETITIONER'S CURRENT DEPORTATION STATUS |
| v. | ) ) | |
| MICHAEL MUKASEY, et al., | ) | |
| Respondents. | ) ) ) | RESPONSE DUE WITHIN FOURTEEN DAYS |

        Petitioner is a deportable alien in the custody of United States Immigration and Customs Enforcement (ICE) and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

        Petitioner filed the instant Petition on July 1, 2008.  On August 4, 2008, the Court issued an Order to Show Cause why the petition should not be granted ("OSC").  Respondent filed a response to the OSC on October 8, 2008 ("Response").  The Response indicated that Petitioner's deportation was "imminent." (Response at 1).

        Respondent is HEREBY ORDERED to apprise the Court of whether or not Petitioner has been deported.  In the event Petitioner remains in ICE custody, Respondent is directed to submit a declaration from relevant ICE personnel explaining why Petitioner has not yet been deported.

IT IS SO ORDERED.

**Dated:    June 24, 2009                               /s/ John M. Dixon**
                                   UNITED STATES MAGISTRATE JUDGE