UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. FRANCIS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MUKASEY, et al.,<br><br>    Respondents. | 1:08-cv-01043-AWI-JMD-HC<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING THAT RESPONDENT'S MOTION TO DISMISS TO DISMISS BE GRANTED<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

## I. Introduction

Petitioner Matthew C. Francis ("Petitioner") filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 21, 2008. The petition challenges Petitioner's detention by United States Immigration and Customs Enforcement ("ICE").

On June 24, 2009 the Court ordered Respondent to apprise the Court of Petitioner's deportation status. On July 7, 2009, Respondent submitted a Motion to Dismiss. Respondent's motion to dismiss and supporting documentation reveal that Petitioner was deported on March 19, 2009. (Doc. 20).

## II. Mootness

Mootness is jurisdictional. See, e.g., Cole v. Oroville Union High Sch. Dist., 228 F.3d 1092, 1098 (9th Cir. 2000). A habeas petition is moot where a petitioner's claim for relief cannot be redressed by a favorable decision of the court issuing a writ of habeas corpus. Burnett v. Lampert,

432 F.3d 996, 1000-01 (9th Cir. 2005) (quoting Spencer v. Kemna, 523 U.S. 1, 7 (1998)).  Without a live "case or controversy," a district court has no jurisdiction over a cause.  See id.

As Petitioner has been deported and is no longer in ICE custody, the Court cannot grant Petitioner any further relief, and thus a live case or controversy no longer exists.  Accordingly, the Court lacks jurisdiction over this matter, and Respondent's motion to dismiss should be granted.

### Recommendation

Based on the reasons stated above, the Court RECOMMENDS that Respondent's motion to dismiss be GRANTED.

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(c).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   July 10, 2009**              /s/ John M. Dixon
                                        UNITED STATES MAGISTRATE JUDGE